# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

ANN FRANKLIN

    Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC
    Defendant.

Case No.: 08 CV 4476

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**MERCANTILE ADJUSTMENT BUREAU, LLC**

| |
|---|
| NAME:  Stephen D. Vernon |
| SIGNATURE:  s/ *Stephen D. Vernon* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288676 | 312/704-3000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

6355266v1 33

**CERTIFICATE OF SERVICE**

    I hereby certify that on **August 25, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Timothy J. Sostrin
Legal Helpers, P.C.
233 S. Wacker
Sears Tower, Ste. 5150
Chicago, IL  60606
tjs@legalhelpers.com

                                      HINSHAW & CULBERTSON LLP

Stephen D. Vernon                          s/ *Stephen D. Vernon*
HINSHAW & CULBERTSON LLP         Stephen D. Vernon
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
svernon@hinshawlaw.com