# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ann Franklin | Case No.: 08-cv-4476 |
| Plaintiff, | Judge: Kendall |
| v. | |
| Mercantile Adjustment Bureau, LLC | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
 Timothy J. Sostrin
 233 S. Wacker Dr., Suite 5150
 Chicago, IL 60606
 Telephone: 866-339-1156
 Fax: 312-822-1064
 Email: tjs@legalhelpers.com
 *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2008, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

David M. Schultz
Stephen Vernon
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

                                                                    s/Timothy J. Sostrin